1054

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL A. WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 00-1-00156-1, F. Mark McCauley, J., entered August 21, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Quinn-Brintnall, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. CLAYTON B. CROFTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-03565-1, Arthur W. Verharen, J., entered October 24, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Seinfeld and Bridgewater, JJ.

ELCON CORPORATION, *Appellant*, v. THE CITY OF TACOMA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-04622-1, Terry D. Sebring, J., entered November 9, 2000. *Reversed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Houghton, J.

THE STATE OF WASHINGTON, *Respondent*, v. NGUYEN THIEN DO, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-1-02202-5, James D. Ladley, J., entered November 13, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Morgan and Houghton, JJ.